1   Amy Clemmons
    Assistant Attorney General
2   1116 West Riverside Avenue, Suite 100
    Spokane, WA 99201-1106
3   (509) 456-3123

4
                        THE HONORABLE SALVADOR MENDOZA, JR.
5
                **UNITED STATES DISTRICT COURT**
6               **EASTERN DISTRICT OF WASHINGTON**

7   TYLER JAMES THOMAS                NO.  2:16-cv-00377-SMJ
    LANKFORD,
8                                     DEFENDANTS STATE OF
                        Plaintiff,    WASHINGTON AND MIKE
9                                     PETLOVANYS' ANSWER,
                    v.                AFFIRMATIVE DEFENSES
10                                    AND JURY DEMAND
    CITY OF PULLMAN; COUNTY
11  OF WHITMAN; STATE OF
    WASHINGTON; OFFICER
12  JOSHUA BRAY; OFFICER
    BRIAN CHAMBERLAIN;
13  DETECTIVE TODD DOW;
    OFFICER ALEX GORDON;
14  SERGEANT SAM SOREM;
    OFFICER GREG UMBRIGHT;
15  OFFICER JUSTIN DEROSIER;
    OFFICER MIKE PETLOVANY;
16  and DOES I-X,

17                      Defendants.

18          COME  NOW  DEFENDANTS,  STATE  OF  WASHINGTON  and

19  MIKE PETLOVANY, hereby by and through the undersigned counsel and for

20  the answer to Plaintiff's Complaint admit, deny, and allege as follows:

21                  **I.    INTRODUCTION**

22  1.      In  answer  to  Paragraph  1.1  of  Plaintiff's  Amended  Complaint,

DEFENDANTS STATE OF                    1        ATTORNEY GENERAL OF WASHINGTON
WASHINGTON AND MIKE                                       Torts Division
PETLOVANYS' ANSWER,                              1116 West Riverside, Suite 100
AFFIRMATIVE DEFENSES                                 Spokane, WA  99201-1106
AND JURY DEMAND                                          (509) 456-3123

1    Defendants Petlovany and Washington State deny the claims and

2    damages as set out herein.

3    **II.    JURISDICTION**

4    2.    In answer to Paragraph 2 of Plaintiff's complaint, Defendants admit

5    jurisdiction.

6    3.    In answer to Paragraph 3 of Plaintiff's complaint, Defendants admit

7    jurisdiction.

8    **III.    VENUE**

9    4.    In answer to Paragraph 4 of Plaintiff's complaint, Defendants deny the

10    alleged unlawful acts as set out herein.  Defendants admit the Eastern

11    District is the appropriate forum.

12    **IV.    PARTIES**

13    5.    In answer to Paragraph 5 of Plaintiff's complaint, Defendants admit

14    the same.

15    6.    In answer to Paragraph 6 of Plaintiff's complaint, Defendants defer to

16    the answer by Defendant City of Pullman.

17    7.    In answer to Paragraph 7 of Plaintiff's complaint, Defendants defer to

18    the answer by Defendant Whitman County.

19    8.    In answer to Paragraph 8 of Plaintiff's complaint, Defendants admit

20    the same.

21    9.    In answer to Paragraph 9 of Plaintiff's complaint, this paragraph does

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

2

1          not apply to these answering Defendants.  See Defendant City of

2          Pullman's answer.

3    10.   In answer to Paragraph 10 of Plaintiff's complaint, this paragraph does

4          not apply to these answering Defendants.  See Defendant City of

5          Pullman's answer.

6    11.   In answer to Paragraph 11 of Plaintiff's complaint, this paragraph does

7          not apply to these answering Defendants.  See Defendant City of

8          Pullman's answer.

9    12.   In answer to Paragraph 12 of Plaintiff's complaint, this paragraph does

10         not apply to these answering Defendants.  See Defendant City of

11         Pullman's answer.

12   13.   In answer to Paragraph 13 of Plaintiff's complaint, this paragraph does

13         not apply to these answering Defendants.  See Defendant City of

14         Pullman's answer.

15   14.   In answer to Paragraph 14 of Plaintiff's complaint, this paragraph does

16         not apply to these answering Defendants.  See Defendant City of

17         Pullman's answer.

18   15.   In answer to Paragraph 15 of Plaintiff's complaint, this paragraph does

19         not apply to these answering Defendants.  See Defendant Whitman

20         County's answer.

21   16.   In answer to Paragraph 16 of Plaintiff's complaint, Defendants admit

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

1    that Defendant Petlovany is an officer with Washington State

2    University who also acts as a member of a SWAT team directed by

3    other law enforcement agencies. Defendants deny the remainder of the

4    paragraph.

5    17.    In answer to Paragraph 17 of Plaintiff's complaint, Defendants lack

6    sufficient information at this time to admit or deny and therefore deny

7    the same.

8    18.    In answer to Paragraph 18 of Plaintiff's complaint, Defendants deny.

9    See answer to paragraph 16 and 17.

10

## V.    ADMINISTRATIVE PROCEEDINGS

11    19.    In answer to Paragraph 19 of Plaintiff's complaint, Defendants lack

12    sufficient information to admit or deny.  See Defendant City of

13    Pullman's Answer.

14    20.    In answer to Paragraph 20 of Plaintiff's complaint, Defendants lack

15    sufficient information to admit or deny.  See Defendant Whitman

16    County's Answer.

17    21.    In answer to Paragraph 21 of Plaintiff's complaint, Defendants admit

18    Plaintiff filed a tort claim with Washington State after this action was

19    filed.

20

## VI.    STATEMENT OF FACTS

21    22.    In answer to Paragraph 22 of Plaintiff's complaint, Defendants lack

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

4

1      sufficient information to admit or deny, and therefore deny the same.

2   23.    In answer to Paragraph 23 of Plaintiff's complaint, Defendants lack

3      sufficient information to admit or deny, and therefore deny the same.

4   24.    In answer to Paragraph 24 of Plaintiff's complaint, Defendants lack

5      sufficient information to admit or deny. See Co-Defendants Answers.

6   25.    In answer to Paragraph 25 of Plaintiff's complaint, Defendants submit

7      that the search warrant is in writing and the writing speaks for itself.

8      Defendants deny the remainder of the paragraph.

9   26.    In answer to Paragraph 26 of Plaintiff's complaint, Defendants admit

10      that Officer Pelovany was called out as part of the SWAT or SRT team.

11      Defendants lack sufficient information to admit or deny the actions

12      alleged relating to Co-Defendants. See Co-Defendants Answers.

13   27.    In answer to Paragraph 27 of Plaintiff's complaint, these answering

14      Defendants were not involved in that part of the operation and Officer

15      Petlovany was just there to provide back up and security as a member

16      of the SWAT team. Defendants lack sufficient information to admit

17      or deny, and therefore deny the same. See Co-Defendants Answers.

18   28.    In answer to Paragraph 28 of Plaintiff's complaint, Defendants admit

19      Plaintiff was taken into custody, but these answering Defendants lack

20      sufficient information regarding the remainder of the paragraph and

21      therefore deny the same. See co-defendants answers.

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

5

29.    In answer to Paragraph 29 of Plaintiff's complaint, Defendants lack sufficient information to admit or deny, and therefore deny the same. See Co-Defendants Answers.

30.    In answer to Paragraph 30 of Plaintiff's complaint, these answering Defendants did not prepare any affidavit. Defendants submit that the written affidavits speak for themselves. Defendants lack sufficient information to further admit or deny, and therefore deny the same. See Co-Defendants Answers.

31.    In answer to Paragraph 31 of Plaintiff's complaint, Defendants deny the same.

32.    In answer to Paragraph 32 of Plaintiff's complaint, these answering Defendants lack information on the events that transpired after the SWAT team was released, and therefore deny the same. See Co-Defendants Answers.

33.    In answer to Paragraph 33 of Plaintiff's complaint, these answering Defendants lack sufficient information to admit or deny, and therefore deny the same. See Co-Defendants Answers.

34.    In answer to Paragraph 34 of Plaintiff's complaint, these answering Defendants lack information on the events that transpired after the SWAT team was released, and therefore deny the same. Defendants deny the claimed damages. See Co-Defendants Answers.

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

6

1    35.    In answer to Paragraph 35 of Plaintiff's complaint, Defendants deny

2        the same.

3        ### VII.   FIRST CLAIM FOR RELIEF
         (42 United State Code § - Unlawful Seizure)

4

5    36.    In answer to Paragraph 36 of Plaintiff's complaint, Defendants reassert

        all previous answers.

6

7    37.    In answer to Paragraph 37 of Plaintiff's complaint, Defendants deny

        the same.

8

9    38.    In answer to Paragraph 38 of Plaintiff's complaint, Defendants deny

        the same.

10

11   39.    In answer to Paragraph 39 of Plaintiff's complaint, Defendants deny

        the same.

12

13       ### VIII.  SECOND CLAIM FOR RELIEF
         (42 United States Code § 1983 – Unlawful Search and Seizure)

14   40.    In answer to Paragraph 40 of Plaintiff's complaint, Defendants reassert

15       all previous answers.

16   41.    In answer to Paragraph 41 of Plaintiff's complaint, Defendants deny

17       the same.

18   42.    In answer to Paragraph 42 of Plaintiff's complaint, Defendants lack

19       sufficient information to admit or deny, and therefore deny the same.

20   43.    In answer to Paragraph 43 of Plaintiff's complaint, Defendants deny

21       the same.

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

7

1    44.    In answer to Paragraph 44 of Plaintiff's complaint, Defendants deny

2            the same.

3    45.    In answer to Paragraph 45 of Plaintiff's complaint, Defendants deny

4            the same.

5                        **IX.    THIRD CLAIM FOR RELIEF**

6            (Malicious Initiation of Prosecution – defendants Bray and Gordon)

     46.    In answer to Paragraph 46 of Plaintiff's complaint, Defendants reassert

7            all previous answers.

8

9    47.    In answer to Paragraph 47 of Plaintiff's complaint, these answering

10           Defendants lack information on the events that transpired after the

11           SWAT team was released, and therefore deny the same.   See Co-

12           Defendants Answers.

13   48.    In answer to Paragraph 48 of Plaintiff's complaint, these answering

14           Defendants lack information on the events that transpired after the

15           SWAT team was released, and therefore deny the same.   See Co-

16           Defendants Answers.

17   49.    In answer to Paragraph 49 of Plaintiff's complaint, Defendants deny

18           the same.  See Co-Defendants Answers.

19   50.    In answer to Paragraph 50 of Plaintiff's complaint, Defendants deny

20           the same.  See Co-Defendants Answers.

21   51.    In answer to Paragraph 51 of Plaintiff's complaint, Defendants deny

22           the same.  See Co-Defendants Answers.

DEFENDANTS STATE OF                          8              ATTORNEY GENERAL OF WASHINGTON
WASHINGTON AND MIKE                                                    Torts Division
PETLOVANYS' ANSWER,                                           1116 West Riverside, Suite 100
AFFIRMATIVE DEFENSES                                              Spokane, WA  99201-1106
AND JURY DEMAND                                                       (509) 456-3123

1

## X.    FOURTH CLAIM FOR RELIEF
(42 U.S.C. § 1983 – Violation of First Amendment – Free Speech)

2

52.    In answer to Paragraph 52 of Plaintiff's complaint, Defendants reassert

3

all previous answers.

4

53.    In answer to Paragraph 53 of Plaintiff's complaint, Defendants deny

5

the same.  See Co-Defendants Answers.

6

54.    In answer to Paragraph 54 of Plaintiff's complaint, Defendants deny

7

the same.

8

## XI.    FIFTH CLAIM FOR RELIEF

9

(American's with Disabilities Act, 42 U.S.C. § 12131 and Rehabilitation Act of
1973, 29 U.S. C. § 794 (Section 504) against the City of Pullman only)

10

55.    In answer to Paragraph 55 of Plaintiff's complaint, Defendants reassert

11

all previous paragraphs.

12

56.    In answer to Paragraph 56 of Plaintiff's complaint, this paragraph

13

asserts a statement of law that requires no answer.

14

57.    In answer to Paragraph 57 of Plaintiff's complaint, to the extent this

15

paragraph addresses a question of law, it required no answer.  See Co-

16

Defendants Answers.

17

58.    In answer to Paragraph 58 of Plaintiff's complaint, to the extent this

18

paragraph addresses a question of law, it required no answer.  See Co-

19

Defendants Answers.

20

59.    In answer to Paragraph 59 of Plaintiff's complaint, Defendants deny

21

the same.

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

9

1    60.    In answer to Paragraph 60 of Plaintiff's complaint, to the extent this

2            paragraph addresses a question of law, it required no answer.  These

3            answering Defendants had no contact with the Plaintiff.  See Co-

4            Defendants Answers.

5    61.    In answer to Paragraph 61 of Plaintiff's complaint, Defendants deny

6            the same.  See Co-Defendants Answers.

7    62.    In answer to Paragraph 62 of Plaintiff's complaint, Defendants deny

8            the same.

9    63.    In answer to Paragraph 63 of Plaintiff's complaint, Defendants deny

10           the same.

11                        **XII.   SIXTH CLAIM FOR RELIEF**
             (42 United States Code § 1983 – Monell Claim – County of Whitman
12                            and City of Pullman)

13   64.    In answer to Paragraph 64 of Plaintiff's complaint, Defendants reassert

14           all previous paragraphs.

15   65.    In answer to Paragraph 65 of Plaintiff's complaint, Defendants deny

16           the same.  See Co-Defendants Answers.

17   66.    In answer to Paragraph 66 of Plaintiff's complaint, Defendants deny

18           the same.  See Co-Defendants Answers.

19   67.    In answer to Paragraph 67 of Plaintiff's complaint, Defendants deny

20           the same.

21   68.    In answer to Paragraph 68 of Plaintiff's complaint, Defendants deny

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

10

1      the same.

2   69.    In answer to Paragraph 69 of Plaintiff's complaint, Defendants deny

3      the same.

4   70.    In answer to Paragraph 70 of Plaintiff's complaint, Defendants deny

5      the same.

6   71.    In answer to Paragraph 71 of Plaintiff's complaint, Defendants deny

7      the same.

8   72.    In answer to Paragraph 72 of Plaintiff's complaint, Defendants deny

9      the same.

10   73.    In answer to Paragraph 73 of Plaintiff's complaint, Defendants deny

11      the same.

12   74.    In answer to Paragraph 74 of Plaintiff's complaint, Defendants deny

13      the same.

14                 **STATE CLAIMS**

15         **XIII. SEVENTH CLAIM FOR RELIEF**
           (State of Washington, County of Whitman, and

16              City of Pullman – Respondeat Superior)

17   75.    In answer to Paragraph 75 of Plaintiff's complaint, Defendants reassert

18      all previous paragraphs.

19   76.    In answer to Paragraph 76 of Plaintiff's complaint, to the extent this

20      paragraph addresses a question of law, it required no answer.

21      Defendants admit that Officer Petlovany was properly acting in the

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

            11

1    course and scope of his duties as a member of the joint SWAT team.

2    Defendants deny the remainder of the paragraph and defer to Co-

3    Defendants Answer on claims relating to other Defendants.

### XIV.  EIGHTH CLAIM FOR RELIEF
(Trespass)

77.    In answer to Paragraph 77 of Plaintiff's complaint, Defendants reassert

all previous paragraphs.

78.    In answer to Paragraph 78 of Plaintiff's complaint, Defendants deny

the same.

### XV.   NINTH CLAIM FOR RELIEF
(Conversion)

79.    In answer to Paragraph 79 of Plaintiff's complaint, Defendants reassert

all previous paragraphs.

80.    In answer to Paragraph 80 of Plaintiff's complaint, Defendants deny

the same.

### XVI.  TENTH CLAIM FOR RELIEF
(False Arrest and Imprisonment)

81.    In answer to Paragraph 81 of Plaintiff's complaint, Defendants reassert

all previous paragraphs.

82.    In answer to Paragraph 82 of Plaintiff's complaint, Defendants deny

the same.

83.    In answer to Paragraph 83 of Plaintiff's complaint, Defendants deny

the same.

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

12

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

## XVII. AFFIRMATIVE DEFENSES

By Way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, Defendants allege:

1.      Plaintiff's alleged damages were caused in whole or in part by Plaintiff's own conduct;

2.      If Plaintiff was damaged as alleged, all damages alleged were proximately caused by independent, unforeseeable, superceding, and intervening acts of persons other than these answering Defendants.

3.      Plaintiff's alleged damages were caused in whole or in part by individuals/entities over whom these answering Defendants have no control, these include but are not limited to other law enforcement officials, state and federal criminal prosecuting authorities, various media entities, and family members and witnesses reporting information, misconduct and/or safety concerns relating to the Plaintiff;

4.      Plaintiff's complaint fails to state a cause of action against these answering Defendants;

5.      Plaintiff's claims are barred by the Doctrine of Qualified Immunity;

6.      Plaintiff's Complaint fails to state a cause of action against these answering Defendants.

7.      Plaintiff's claims are without merit;

8.      All acts of Defendants were performed in good faith within the reasonable parameters of the law and with probable cause and/or consistent with

DEFENDANTS STATE OF WASHINGTON AND MIKE PETLOVANYS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

13

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA  99201-1106
(509) 456-3123

1     a valid warrant. Defendants did not violate any constitutional or federally

2     protected right;

3         9.     Defendant WSU, State of Washington, was not acting in any official

4     capacity.

5         10.     Defendants are immune from liability pursuant to Washington State

6     law.

7         11.     Plaintiff's claims are barred and Defendants are entitled to immunity

8     pursuant to RCW 9A.46.090, RCW 71.05.120, RCW 10.93 et. seq., and as

9     otherwise provided by Washington law.

10         12.     Defendants conduct is protected by the Public Duty Doctrine.

11         13.     Plaintiff failed to reasonably mitigate his alleged damages.

12                 **XVIII.      RESERVATION OF RIGHTS**

13        Defendants, State of Washington and Mike Petlovany, specifically reserve

14     the right to amend their answer by adding affirmative defenses, counterclaims,

15     cross claims or by instituting third-party actions as additional facts are obtained

16     through further investigation and discovery.

17                    **XIX.  PRAYER FOR RELIEF**

18        WHEREFORE, Defendants, State of Washington and Mike Petlovany,

19     pray that Plaintiff's Complaint be dismissed with prejudice, and that Plaintiff take

20     nothing by her Complaint, and that Defendant, State of Washington and Mike

21     Petlovany, be allowed their attorney fees and costs pursuant to RCW 4.84.185,

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

14

1   RCW 4.24.350, and F.R.C.P. 11, and 42 U.S.C. §1988 for any and all claims by the

2   Plaintiff which are determined to be frivolous and advanced without reasonable

3   cause, and/or with malice, and such other relief as the Court may deem equitable in

4   the premises.

5                    **XX.   JURY DEMAND**

6        In the event this case proceeds to trial, Defendants demand that this case be

7   tried to a jury.

8        DATED this 16th day of May, 2017.

9                                    ROBERT W. FERGUSON
                                     Attorney General
10

11                                   _____s/Amy C. Clemmons_____
                                     AMY CLEMMONS
12                                   WSBA No. 22997
                                     Assistant Attorney General
13                                   Attorney for Defendant Mike Petlovany

14

15

16

17

18

19

20

21

22

DEFENDANTS STATE OF                        15        ATTORNEY GENERAL OF WASHINGTON
WASHINGTON AND MIKE                                           Torts Division
                                                      1116 West Riverside, Suite 100
PETLOVANYS' ANSWER,                                      Spokane, WA 99201-1106
AFFIRMATIVE DEFENSES                                         (509) 456-3123
AND JURY DEMAND

1    **<u>CERTIFICATE OF SERVICE</u>**

2        I certify that I electronically filed this document with the Clerk of the Court

3    using the CM/ECF system which will send notification of such filing to the

4    following:

5                        Darryl Parker, WSBA #30770
                    Civil Rights Justice Center PLLC

6                        2150 North 107th Street, Suite 520
                    Seattle, WA  98133

7

8                        Christopher Joseph Kerley
                    Evans, Craven & Lackie, P.S.

9                        818 W. Riverside Ave., Ste. 250
                    Spokane, WA  99201

10

11                       Michael E. McFarland, Jr.
                    Evans, Craven & Lackie, P.S.

12                       818 W. Riverside Ave., Ste. 250
                    Spokane, WA  99201

13       I declare under penalty of perjury under the laws of the United States of

14   America that the foregoing is true and correct.

15       DATED this 16th of May, 2017, at Spokane, Washington.

16                       <u>    s/Amy C. Clemmons    </u>

17                       AMY C. CLEMMONS, WSBA# 22997
                    Assistant Attorney General

18                       Attorney for Defendant Mike Petlovany

19

20

21

22

DEFENDANTS STATE OF
WASHINGTON AND MIKE
PETLOVANYS' ANSWER,
AFFIRMATIVE DEFENSES
AND JURY DEMAND

16