1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

HONORABLE SALVADOR MENDOZA, JR.

MICHAEL E. McFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for County of Whitman and
 Officer Justin DeRosier

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

TYLER JAMES THOMAS LANKFORD,

                    Plaintiff,

vs.

CITY OF PULLMAN; COUNTY OF
WHITMAN; STATE OF WASHINGTON;
OFFICER JOSHUA BRAY; OFFICER
BRIAN CHAMBERLAIN; DETECTIVE
TODD DOW; OFFICER ALEX
GORDON; SERGEANT SAM SOREM;
OFFICER GREG UMBRIGHT; OFFICER
JUSTIN DEROSIER, OFFICER MIKE
PETLOVANY and DOES I-X,

                    Defendants.

Case No. 2:16-CV-0377-SMJ

**DEFENDANT WHITMAN
COUNTY'S ANSWER TO
PLAINTIFF'S FIRST
AMENDED COMPLAINT
AND AFFIRMATIVE
DEFENSES**

COME NOW Defendants WHITMAN COUNTY and DEPUTY JUSTIN

DEROSIER, by and through their attorney of record, Michael E. McFarland, Jr.,

of Evans, Craven & Lackie, and demand this case be tried by a jury and enter

WHITMAN COUNTY ANSWER - page 1

this Answer to Plaintiff's Complaint as follows:

## I.  INTRODUCTION

1.      These answering Defendants acknowledge that this is an action for damages against Defendants, but deny any intentional, reckless, conscious disregard for the First, Fourth and Fourteenth Amendment rights of Plaintiff or the deprivation of his liberty and civil and constitutional rights. These answering Defendants deny all allegations of liability, as well as the existence, nature and extent of Plaintiff's claimed injuries and damages.

## II. JURSIDICTION

2.      Admit.

3.      Admit.

## III.    VENUE

4.      These answering Defendants deny committing any unlawful acts or practices, but admit that the events giving rise to this suit occurred in the City of Pullman and that venue in the United States District Court for the Eastern District of Washington is appropriate.

## IV.    PARTIES

5.      These answering Defendants are without sufficient information to admit  or  deny  the  allegations  contained  in

WHITMAN COUNTY ANSWER - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Paragraph 5 of Plaintiff's Complaint and therefore deny the same.

6.    Admit.

7.    Admit.

8.    Admit.

9.    These answering Defendants admit that Joshua Bray is an officer with the Pullman Police Department. The remaining allegations contained in Paragraph 9 of Plaintiff's Complaint constitute legal conclusions to which no response is deemed necessary.

10.    These answering Defendants admit that Brian Chamberlain is an officer with the Pullman Police Department. The remaining allegations contained in Paragraph 10 of Plaintiff's Complaint constitute legal conclusions to which no response is deemed necessary.

11.    These answering Defendants admit that Todd Dow is an officer with the Pullman Police Department. The remaining allegations contained in Paragraph 11 of Plaintiff's Complaint constitute legal conclusions to which no response is deemed necessary.

12.    These answering Defendants admit that Alex Gordon is an officer with the Pullman Police Department. The remaining allegations contained in Paragraph 12 of Plaintiff's Complaint constitute

WHITMAN COUNTY ANSWER - page 3

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

legal conclusions to which no response is deemed necessary.

13.    These answering Defendants admit that Sam Sorem is an officer with the Pullman Police Department. The remaining allegations contained in Paragraph 13 of Plaintiff's Complaint constitute legal conclusions to which no response is deemed necessary.

14.    These answering Defendants admit that Greg Umbright is an officer with the Pullman Police Department. The remaining allegations contained in Paragraph 14 of Plaintiff's Complaint constitute legal conclusions to which no response is deemed necessary.

15.    Defendants admit that, at the time of Tyler Lankford's arrest, Justin DeRosier was a deputy with the Whitman County Sheriff's Office. The remaining allegations in Paragraph 15 constitute legal conclusions, to which a response is not necessary. To the extent a response is deemed necessary, the answering Defendants admit that Deputy DeRosier was acting in the course and scope of his employment at the time of the incidents alleged herein.

16.    These answering Defendants admit that Mike Petlovany is an officer with the Washington State University Police. The remaining allegations contained in Paragraph 17 of Plaintiff's Complaint constitute legal conclusions to which no response is deemed necessary.

WHITMAN COUNTY ANSWER - page 4

17.    Paragraph 17 of Plaintiff's Complaint does not set forth facts to which a response can be made. These answering Defendants deny any allegation of liability that may be contained in Paragraph 17.

18.    Paragraph 18 of Plaintiff's Complaint constitute legal conclusions to which a response is not necessary. To the extent a response is deemed necessary, Defendants deny all allegations of liability, as well as the existence, nature and extent of Plaintiff's claimed injuries and damages.

## V. ADMINISTRATIVE PROCEEDINGS

19.    Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 19 of Plaintiff's Complaint and therefore deny the same.

20.    Defendants admit Whitman County received a claim form from Plaintiff's attorney Darryl Parker and that the letter accompanying the form is dated August 12, 2016.

21.    Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 21 of Plaintiff's Complaint and therefore deny the same.

///

///

WHITMAN COUNTY ANSWER - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## VI.    **STATEMENT OF FACTS**

22.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 22 of Plaintiff's Complaint and therefore deny the same.

23.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 23 of Plaintiff's Complaint and therefore deny the same.

24.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 24 of Plaintiff's Complaint and therefore deny the same.

25.    Admit.

26.    These answering Defendants admit a SRT team was present at the hotel Lankford was staying in, and an officer telephoned Lankford's room. Defendants deny all else for lack of sufficient knowledge.

27.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 27 of Plaintiff's Complaint and therefore deny the same.

28.    These answering Defendants admit Lankford was taken into

WHITMAN COUNTY ANSWER - page 6

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

custody, but deny all else for lack of sufficient knowledge.

29.    Admit.

30.    These answering Defendants admit a search warrant was applied for, but deny all else for lack of sufficient knowledge.

31.    Deny.

32.    These answering Defendants admit that Mr. Lankford was arrested, transported to the Whitman County Jail, and charged with felony harassment. These answering Defendants also admit that Mr. Lankford was later charged with possession of a controlled substance. These answering Defendants deny all else for lack of sufficient knowledge.

33.    Admit.

34.    These answering Defendants deny all allegations contained in Paragraph 34 of Plaintiff's First Amended Complaint.

35.    Deny.

## VII.   FIRST CLAIM FOR RELIEF

36.    These answering Defendants reassert their answers to the allegations contained in Paragraphs 1-35 of Plaintiff's First Amended Complaint.

37.    Deny.

38.    Deny.

WHITMAN COUNTY ANSWER - page 7

39.    Deny.

## VIII.  SECOND CLAIM FOR RELIEF

40.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-39 of Plaintiff's First Amended Complaint.

41.    Deny.

42.    Admit.

43.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 43 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 43 are not directed at the answering Defendants. To the extent Paragraph 43 asserts liability against these answering Defendants, such allegations are denied.

44.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 44 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 44 are not directed at the answering Defendants. To the extent Paragraph 44 asserts liability against these answering Defendants, such allegations are denied.

45.    Deny.

WHITMAN COUNTY ANSWER - page 8

# IX.    THIRD CLAIM FOR RELIEF

46.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-45 of Plaintiff's First Amended Complaint.

47.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 47 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 47 are not directed at the answering Defendants. To the extent Paragraph 47 asserts liability against these answering Defendants, such allegations are denied.

48.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 47 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 48 are not directed at the answering Defendants. To the extent Paragraph 48 asserts liability against these answering Defendants, such allegations are denied

49.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 49 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 49 are not directed at the

WHITMAN COUNTY ANSWER - page 9

answering Defendants. To the extent Paragraph 49 asserts liability against these answering Defendants, such allegations are denied. These answering Defendants further deny the existence, nature and extent of Plaintiff's claimed injuries and damages.

50.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 49 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 50 are not directed at the answering Defendants. To the extent Paragraph 50 asserts liability against these answering Defendants, such allegations are denied. These answering Defendants further deny the existence, nature and extent of Plaintiff's claimed injuries and damages.

51.    Paragraph 51 of Plaintiff's Complaint constitute legal conclusions to which a response is not necessary. To the extent a response is deemed necessary, Defendants deny Paragraph 51.

## X. <u>FOURTH CLAIM FOR RELIEF</u>

52.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-51 of Plaintiff's First Amended Complaint.

53.    These answering Defendants are without sufficient information to admit or deny the allegations contained in

WHITMAN COUNTY ANSWER - page 10

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Paragraph 53 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 53 are not directed at the answering Defendants. To the extent Paragraph 53 asserts liability against these answering Defendants, such allegations are denied.

54.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 54 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 54 are not directed at the answering Defendants. To the extent Paragraph 54 asserts liability against these answering Defendants, such allegations are denied. These answering Defendants further deny the existence, nature and extent of Plaintiff's claimed injuries and damages.

## XI.    FIFTH CLAIM FOR RELIEF

55.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-54 of Plaintiff's First Amended Complaint.

56.    Admit.

57.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 57 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 57 are not directed at the

WHITMAN COUNTY ANSWER - page 11

answering Defendants. To the extent Paragraph 57 asserts liability against these answering Defendants, such allegations are denied.

58.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 58 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 58 are not directed at the answering Defendants. To the extent Paragraph 58 asserts liability against these answering Defendants, such allegations are denied.

59.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 58 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 58 are not directed at the answering Defendants. To the extent Paragraph 58 asserts liability against these answering Defendants, such allegations are denied.

60.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 60 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 60 are not directed at the answering Defendants. To the

WHITMAN COUNTY ANSWER - page 12

extent Paragraph 60 asserts liability against these answering Defendants, such allegations are denied.

61.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 61 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 61 are not directed at the answering Defendants. To the extent Paragraph 61 asserts liability against these answering Defendants, such allegations are denied.

62.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 62 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 62 are not directed at the answering Defendants. To the extent Paragraph 62 asserts liability against these answering Defendants, such allegations are denied.

63.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 63 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 63 are not directed at the answering Defendants. To the

WHITMAN COUNTY ANSWER - page 13

extent Paragraph 63 asserts liability against these answering Defendants, such allegations are denied.

## XII.    SIXTH CLAIM FOR RELIEF

64.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-63 of Plaintiff's First Amended Complaint.

65.    The allegations in Paragraph 65 of Plaintiff's First Amended Complaint regarding duty constitute legal conclusions, to which no response is required. To these extent a response is required, answering Defendants deny the allegations. These answering Defendants deny the remaining allegations in Paragraph 65 of Plaintiff's First Amended Complaint.

66.    These answering Defendants deny all allegations contained in Paragraph 66 that are directed at the answering Defendants.

67.    These answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 67 of Plaintiff's First Amended Complaint, and therefore deny the same. Further, the allegations contained in Paragraph 67 are not directed at the answering Defendants. To the extent Paragraph 67 asserts liability against these answering Defendants, such allegations are denied.

WHITMAN COUNTY ANSWER - page 14

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

68.    These answering Defendants deny all allegations contained in Paragraph 68 that are directed at the answering Defendants.

69.    These answering Defendants deny all allegations contained in Paragraph 69 that are directed at the answering Defendants.

70.    These answering Defendants deny all allegations contained in Paragraph 70 that are directed at the answering Defendants.

71.    These answering Defendants deny all allegations contained in Paragraph 71 that are directed at the answering Defendants.

72.    These answering Defendants deny all allegations contained in Paragraph 72 that are directed at the answering Defendants.

73.    These answering Defendants deny all allegations contained in Paragraph 73 that are directed at the answering Defendants.

74.    These answering Defendants deny all allegations contained in Paragraph 74 that are directed at the answering Defendants.

## XIII.  SEVENTH CLAIM FOR RELIEF

75.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-74 of Plaintiff's First Amended Complaint.

76.    These answering Defendants admit that Deputy DeRosier was

WHITMAN COUNTY ANSWER - page 15

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

acting in the course and scope of his employment at the time of the incidents alleged herein.

## XIV.  <u>EIGHTH CLAIM FOR RELIEF</u>

77.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-76 of Plaintiff's First Amended Complaint.

78.    These answering Defendants deny all allegations contained in Paragraph 78 that are directed at these answering Defendants.

## XV.  <u>NINTH CLAIM FOR RELIEF</u>

79.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-78 of Plaintiff's First Amended Complaint.

80.    These answering Defendants deny all allegations contained in Paragraph 80 that are directed at these answering Defendants.

## XVI.  <u>TENTH CLAIM FOR RELIEF</u>

81.    These answering Defendants reassert their answers to the allegations contained in paragraphs 1-80 of Plaintiff's First Amended Complaint.

82.    These answering Defendants deny all allegations contained in Paragraph 82 that are directed at these answering Defendants.

83.    These answering Defendants deny all allegations contained in

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Paragraph 83 that are directed at these answering Defendants.

## FIRST AFFIRMATIVE DEFENSE

That all of Plaintiff's claims against the individual Defendant Justin DeRosier are barred by the doctrine of qualified immunity.

## SECOND AFFIRMATIVE DEFENSE

That all of Plaintiff's claims against Defendants are without merit because probable cause existed for the issuance of the search warrant and Lankford's arrest.

## THIRD AFFIRMATIVE DEFENSE

These answering Defendants did not violate any of Plaintiff's constitutional or federally protected rights.

## FOURTH AFFIRMATIVE DEFENSE

All actions of these answering Defendants were performed in good faith, were reasonable, based on probable cause, and were within these Defendants lawful authority.

## FIFTH AFFIRMATIVE DEFENSE

Whitman County does not have any municipal or "official capacity" liability under 42 USC §1983 based upon *Monell v. NY Dept. of Social Services*, 436 US 658 (1978).

WHITMAN COUNTY ANSWER - page 17

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's false arrest claims are barred by the existence of probable cause.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's state law claims are barred by the existence of probable cause, lawful authority and privilege.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims against these answering Defendants are barred, in whole or in part, by immunity under RCW 71.05.120.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by immunity under RCW 9A.46.090.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim against these answering Defendants.

Wherefore, having fully answered Plaintiff's First Amended Complaint herein, these answering Defendants pray that the same be dismissed with prejudice, that Plaintiff take nothing thereby, and that these answering Defendants be awarded their costs and attorney's fees under 42 USC §1988 and RCW 4.24.350, and such other relief as the court may deem just and equitable.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 26th day of May, 2017.

EVANS, CRAVEN & LACKIE, P.S.


By: _____*s/ Michael E. McFarland, Jr.*_____
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendants Whitman County
and Officer Justin DeRosier

WHITMAN COUNTY ANSWER - page 19

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Counsel for Plaintiff***
Darryl Parker
Civil Rights Justice Center, PLLC
2150 North 107th Street, Suite 520
Seattle, WA 98133
Email: dparker@civilrightsjusticecenter.com

***Counsel for City of Pullman, Officer Joshua Bray, Officer Brian Chamberlain, Officer Alex Gordon, Detective Todd Dow, Officer Greg Umbright, and Sergeant Sam Sorem***
Christopher J. Kerley
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201
Email: ckerley@ecl-law.com

***Counsel For Mike  Petlovany and State of Washington***
Amy C. Clemmons
Attorney General of Washington
Assistant Attorney General
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201
Email:          AmyC2@atg.wa.gov
Email:          BobA@atg.wa.gov
Email:          lizk@atg.wa.gov
Email:          NikkiG@atg.wa.gov
Email:          sidnieb@atg.wa.gov
Email:          torspoef@atg.wa.gov

WHITMAN COUNTY ANSWER - page 20

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

   s/   Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants Whitman County
and Officer Justin DeRosier
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

WHITMAN COUNTY ANSWER - page 21