Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

TYLER JAMES THOMAS
LANKFORD,

                Plaintiff,

       vs.

CITY OF PULLMAN; COUNTY OF
WHITMAN; STATE OF
WASHINGTON; OFFICER JOSHUA
BRAY; OFFICER ALEX GORDON;
DETECTIVE TODD DOW; OFFICER
GREG UMBRIGHT; OFFICER JUSTIN
DEROSIER; OFFICER MIKE
PETLOVANY; OFFICER BRIAN
CHAMBERLAIN; SERGEANT SAM
SOREM; and DOES I-X,

               Defendants.

Case No. 2:16-cv-00377-SMJ

**DECLARATION OF DARRYL
PARKER IN SUPPORT OF
PLAINTIFF'S COUNTER
MOTION FOR PARTIAL
SUMMARY JUDGMENT AND IN
OPPOSITION OF DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT**

I, Darryl Parker, declare:

    1.    I am a member of the Bar of the State of Washington and am admitted

to practice before this Court. I am the founder of the law firm of Civil Rights

DECLARATION OF DARRYL PARKER IN SUPPORT OF
PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY
JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 1
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

Justice Center, PLLC and am counsel of record for plaintiff Tyler James Thomas

Lankford herein. I submit this Declaration in support of plaintiff's motion for

partial summary judgment and in opposition of defendants' motion for summary

judgment. I have personal knowledge of the following facts.

2.    During discovery to the City of Pullman, my office requested and

received from defendant body camera video and audio for July 26, 2015 through

July 28, 2015, that was connected to this issue. We also received all reports from

law enforcement that are associated with this event.

3.    A true and correct copy of the Sherry Bailey/Sam Sorem video

interview, recorded via Sam Sorem's body camera and produced by City of

Pullman Police Department, is attached to this declaration as Exhibit "A," and is

incorporated by reference herein.

4.    A true and correct copy of the Sam Sorem Narrative is attached to this

declaration as Exhibit "B," and is incorporated by reference herein.

5.    A true and correct copy of the audio call between Kathleen Lynch and

the Dispatcher, recorded by the City of Pullman Police Department, is attached to

this declaration as Exhibit "C," and is incorporated by reference herein.

6.    On February 16, 2017, I took the deposition of Sam Sorem. A true

and correct copy of excerpts of the transcripts of his deposition is attached to this

declaration as Exhibit "D," and is incorporated by reference herein.

DECLARATION OF DARRYL PARKER IN SUPPORT OF
PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY
JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 2
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

7.      A true and correct copy of each of the phone call between Sherry Bailey, Joshua Bray, and Alex Gordon, and a true and correct copy of the phone call between Kathleen Lynch, Joshua Bray, and Alex Gordon, audio recorded by the City of Pullman Police Department, with additional audio recording played for the officers over the phone that was recorded by Kathleen Lynch, is attached to this declaration as Exhibit "E," and is incorporated by reference herein.

8.      A true and correct copy of the phone call between Kathleen Lynch and Alex Gordon, audio recorded by the City of Pullman Police Department, with additional audio recordings played for the officer over the phone that were recorded by Kathleen Lynch, is attached to this declaration as Exhibit "F," and is incorporated by reference herein.

9.      A true and correct copy of the Joshua Bray narrative is attached to this declaration as Exhibit "G," and is incorporated by reference herein.

10.      A true and correct copy of the Pullman Police Department Threat Assessment of Tyler Lankford is attached to this declaration as Exhibit "H," and is incorporated by reference herein.

11.      A true and correct copy of the Supplement of Alex Gordon is attached to this declaration as Exhibit "I," and is incorporated by reference herein.

DECLARATION OF DARRYL PARKER IN SUPPORT OF
PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY
JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 3
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

12.    On February 16, 2017, I took the deposition of Joshua Bray.  A true and correct copy of excerpts of the transcripts of his deposition is attached to this declaration as Exhibit "J," and is incorporated by reference herein.

13.    A true and correct copy of the July 27, 2015 video of Tyler Lankford being taken into protective custody, video recorded by the City of Pullman Police Department, is attached to this declaration as Exhibit "K," and is incorporated by reference herein.

14.    On April 28, 2017, defendant Bray responded to Plaintiff's First Requests for Admission to Joshua Bray. A true and correct copy of the document is attached as Exhibit "L," and is incorporated by reference herein.

15.    On April 28, 2017, defendant Gordon responded to Plaintiff's First Requests for Admission to Alex Gordon. A true and correct copy of the document is attached as Exhibit "M," and is incorporated by reference herein.

16.    A true and correct copy of the Moscow Police Department LAW Incident Table is attached as Exhibit "N," and is incorporated by reference herein.

17.    On October 9, 2017, I took the deposition of Michael Petlovany. A true and correct copy of excerpts of the transcripts of his deposition is attached to this declaration as Exhibit "O," and is incorporated by reference herein.

DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 4
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Seattle, Washington on the 3rd day of November, 2017.

Darryl Parker

DECLARATION OF DARRYL PARKER IN SUPPORT OF
PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY
JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 5
Case No.  2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street, Suite 520
Seattle, Washington  98133
(206) 577-7719 / Fax: (206) 659-0183

## CERTIFICATE OF SERVICE

I, Rachelle Stefanski, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a resident of the State of Washington, over eighteen years of age, and not a party to the within action. I hereby certify that on November 3, 2017, I electronically filed the foregoing DECLARATION OF DARRYL PARKER IN SUPPORT OF PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Executed on November 3, 2017, at Seattle, Washington.

Rachelle Stefanski, Legal Assistant

DECLARATION OF DARRYL PARKER IN SUPPORT OF
PLAINTIFF'S COUNTER MOTION FOR PARTIAL SUMMARY
JUDGMENT AND IN OPPOSITION OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 6
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183