Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| TYLER JAMES THOMAS LANKFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PULLMAN; COUNTY OF WHITMAN; STATE OF WASHINGTON; OFFICER JOSHUA BRAY; OFFICER ALEX GORDON; DETECTIVE TODD DOW; OFFICER GREG UMBRIGHT; OFFICER JUSTIN DEROSIER; OFFICER MIKE PETLOVANY; OFFICER BRIAN CHAMBERLAIN; SERGEANT SAM SOREM; and DOES I-X,<br><br>    Defendants. | Case No. 2:16-cv-00377-SMJ<br><br>**DECLARATION OF RACHELLE STEFANSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Rachelle Stefanski, declare:

1.    I am a Legal Assistant for the Civil Rights Justice Center, PLLC, which is counsel of record herein for plaintiff Tyler James Thomas Lankford.

DECLARATION OF RACHELLE STEFANSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

2.     On approximately August 3, 2016, I contacted the Quality Inn Paradise Creek in Pullman, Washington, via telephone, to inquire how to obtain the registration information of a guest.

3.     I spoke with the manager, Rebeca Ward.

4.     Ms. Ward asked for the guest information and dates, which I provided as Tyler Lankford and dates of July 25, 2015 through July 28, 2015.

5.     She also asked for my email address and informed me that she would forward the registration information to me via email.

6.     On August 3, 2016, I received an email from gm.wa015@choicehotels.com, with the requested registration information, which also included payment information for the room. A true and correct copy of that email and registration document is attached to this declaration as Exhibit "A," and is incorporated by reference herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Seattle, Washington on the 3rd day of November, 2017.

_____
Rachelle Stefanski

DECLARATION OF RACHELLE STEFANSKI IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
- 2
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street, Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

# CERTIFICATE OF SERVICE

I, Rachelle Stefanski, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a resident of the State of Washington, over eighteen years of age, and not a party to the within action. I hereby certify that on November 3, 2017, I electronically filed the foregoing DECLARATION OF RACHELLE STEFANSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT and this CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Executed on November 3, 2017, at Seattle, Washington.

_____
Rachelle Stefanski, Legal Assistant

DECLARATION OF RACHELLE STEFANSKI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3
Case No. 2:16-cv-00377-SMJ

Civil Rights Justice Center PLLC
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183