Honorable Salvador Mendoza, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| TYLER JAMES THOMAS LANKFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PULLMAN; COUNTY OF WHITMAN; STATE OF WASHINGTON; OFFICER JOSHUA BRAY; OFFICER ALEX GORDON; DETECTIVE TODD DOW; OFFICER GREG UMBRIGHT; OFFICER JUSTIN DEROSIER; OFFICER MIKE PETLOVANY; OFFICER BRIAN CHAMBERLAIN; SERGEANT SAM SOREM; and DOES I-X,<br><br>    Defendants. | Case No. 2:16-cv-00377-SMJ<br><br>**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |

1. A true and correct copy of the Sergeant Sam Sorem and Sherry Bailey Video Interview, recorded via Sam Sorem's body camera and produced by City of Pullman Police Department, and referenced in the Declaration of Darryl Parker in

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1
Case No. 2:16-cv-00377-SMJ

**Civil Rights Justice Center PLLC**
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

Support of Plaintiff's Motion for Summary Judgment as Exhibit "A," is being filed in physical form with the Clerk's Office for the Eastern District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Eastern District of Washington.

2. A true and correct copy of the audio call between Kathleen Lynch and the Dispatcher, recorded by the City of Pullman Police Department, and referenced in the Declaration of Darryl Parker in Support of Plaintiff's Motion for Summary Judgment as Exhibit "C," is being filed in physical form with the Clerk's Office for the Eastern District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Eastern District of Washington.

3. A true and correct copy of the phone call between Sherry Bailey, Joshua Bray, and Alex Gordon, and a true and correct copy of the phone call between Kathleen Lynch, Joshua Bray, and Alex Gordon, audio recorded by the City of Pullman Police Department, and referenced in the Declaration of Darryl Parker in Support of Plaintiff's Motion for Summary Judgment as Exhibit "E," is being filed in physical form with the Clerk's Office for the Eastern District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Eastern District of Washington.

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 2
Case No. 2:16-cv-00377-SMJ

**Civil Rights Justice Center PLLC**
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

4. A true and correct copy of the audio call between Kathleen Lynch and Alex Gordon, audio recorded by the City of Pullman Police Department, with additional audio recordings played for Alex Gordon over the phone that were recorded by Kathleen Lynch, and referenced in the Declaration of Darryl Parker in Support of Plaintiff's Motion for Summary Judgment as Exhibit "F," is being filed in physical form with the Clerk's Office for the Eastern District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Eastern District of Washington.

5. A true and correct copy of the July 27, 2015 video of Tyler Lankford being taken into protective custody, video recorded by the City of Pullman Police Department, and referenced in the Declaration of Darryl Parker in Support of Plaintiff's Motion for Summary Judgment as Exhibit "K," is being filed in physical form with the Clerk's Office for the Eastern District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Eastern District of Washington.

DATED this 3rd of November, 2017.

CIVIL RIGHTS JUSTICE CENTER, PLLC

*/s/ Darryl Parker*
**Darryl Parker**, WSBA #30770
Attorney for Plaintiff

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 3
Case No. 2:16-cv-00377-SMJ

**Civil Rights Justice Center PLLC**
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183

# CERTIFICATE OF SERVICE

I, Rachelle Stefanski, under penalty of perjury under the laws of the State of Washington, declare as follows:

I am a resident of the State of Washington, over eighteen years of age, and not a party to the within action. I hereby certify that on November 3, 2017, I electronically filed the foregoing NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK and this CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

Executed on November 3, 2017, at Seattle, Washington.

*/s/ Rachelle Stefanski*
Rachelle Stefanski, Legal Assistant

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 4
Case No. 2:16-cv-00377-SMJ

**Civil Rights Justice Center PLLC**
2150 North 107th Street. Suite 520
Seattle, Washington 98133
(206) 577-7719 / Fax: (206) 659-0183