FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYLER JAMES THOMAS LANKFORD,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF PULLMAN; OFFICER JOSHUA BRAY; OFFICER BRIAN CHAMBERLAIN; DETECTIVE TODD DOW; OFFICER ALEX GORDON; SERGEANT SAM SOREM; OFFICER GREG UMBRIGHT; and DOES I–X,<br><br>                Defendants. | No. 2:16-CV-0377-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS** |

Before the Court, without oral argument, is the parties' stipulated Motion for Dismissal, ECF No. 188. The parties move to dismiss with prejudice Plaintiff's claims against Defendants. Having reviewed the file and records herein, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' stipulated Motion for Dismissal, **ECF No. 188**, is **GRANTED**.

ORDER DISMISSING REMAINING CLAIMS **-** 1

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of September 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge